DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| ANTHONY EMMANUEL HECTOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2021-0322 |
| ) | |
| GLENCORE LTD. and COSMOGONY II, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Attorneys:**
**J. Russell B. Pate, Esq.,**
St. Thomas, U.S.V.I.
**Charles Jacob Gower, Esq.,**
**Korey A. Nelson, Esq.,**
New Orleans, LA
**Warren T. Burns, Esq.,**
**Daniel H. Charest, Esq.,**
Dallas, TX
   *For Plaintiff*

**Richard H. Hunter, Esq.,**
St. Croix, U.S.V.I.
   *For Defendant Glencore Ltd.*

## MEMORANDUM OPINION AND ORDER

**Lewis, District Judge**

THIS MATTER comes before the Court on the "Response of Defendant Glencore Ltd. to Order to Show Cause" ("Response"). (Dkt. No. 7).

On May 9, 2022, the Court entered an Order to Show Cause as to why the above-captioned matter should not be remanded to the Superior Court of the Virgin Islands for the same reasons set forth in the Court's Memorandum Opinions entered in *Brooks v. Glencore Ltd.*, No. 1:2021-cv-0251, 2022 WL 613292, at *3-5 (D.V.I. Mar. 1, 2022) and *Mathurin v. Hess Corp.*, No. 1:2021-cv-0176, 2022 WL 991378, at *5-6 (D.V.I. Mar. 31, 2022). (Dkt. No. 6). On May 13, 2022,

Glencore filed its Response. (Dkt. No. 7). In its Response, Glencore reports that the "issues presented [in this case] with regard to remand are the same as those ruled upon in the Court's Memorandum Opinion in *Brooks* and *Mathurin*." *Id.*[1]

**UPON CONSIDERATION** of Glencore's Response to the Order to Show Cause and for the reasons set forth in the Court's Memorandum Opinions entered in *Brooks v. Glencore Ltd.*, No. 1:2021-cv-0251, 2022 WL 613292 (D.V.I. Mar. 1, 2022) and *Mathurin v. Hess Corp.*, No. 1:2021-cv-0176, 2022 WL 991378 (D.V.I. Mar. 31, 2022), it is hereby

**ORDERED** that the Clerk of Court is directed to **REMAND** the above-captioned matter to the Superior Court of the Virgin Islands; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED.**

Date:  June 8, 2022                                 _____/s/_____
                                                                 WILMA A. LEWIS
                                                                 District Judge

---

[1] While recognizing that the issues with regard to remand are the same as those ruled on by the Court in *Brooks* and *Mathurin*, and after receiving an Order to Show Cause as to why the matter should not be remanded for the same reasons as in *Brooks* and *Mathurin*, Glencore purports to "withdraw[] its Notice of Remand without prejudice." (Dkt. No. 7). The Court, nonetheless, will direct that this matter be remanded to the Superior Court consistent with its Order to Show Cause.